UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PEDRO NUNEZ-AVILA,<br><br>Defendant<< (s) >>. | Case No. 3:23-MJ-70104 MAG<br><br>Charging District's Case Number:<br>21-CR-00644 TUC JCH (BMG) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the DISTRICT OF ARIZONA-TUCSON . The defendant may need an interpreter for this language: Spanish

The defendant is:

( ) will obtain an attorney.

( X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, PEDRO NUNEZ AVILA, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 1/31/2023

_____
Honorable Thomas S. Hixson
United States Magistrate Judge